IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
RAEKWON MARQUIS TAISHAWN    )
BRINKLEY,                   )
                            )
        Petitioner,         )
                            )        1:22-cv-706
     v.                     )        1:21-cr-254-1
                            )
UNITED STATES OF AMERICA,   )
                            )
        Respondent.         )
```

## ORDER

On October 26, 2022, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 34, 35.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 34), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's filing treated as a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 33) is **DENIED,** and that this action be filed and, is hereby, **DIMISSED WITHOUT PREJUDICE** to Petitioner promptly filing a corrected motion on the proper § 2255 forms. The court further finds there

is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 31st day of March, 2023.

                                                /s/ William L. Osteen, Jr.
                                              United States District Judge

- 2 -

Case 1:21-cr-00254-WO   Document 38   Filed 03/31/23   Page 2 of 2